CASES REPORTED WITH BRIEF SYLLABI. **809**

ROSE ABRAHAMS, Respondent, v. JACOB SHAINESS and Another, Appellants.—
.Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and
Martin, JJ.

MANUFACTURERS TRUST COMPANY and Another, as Administrators, etc.,
Respondents, v. GEORGE M. PYNCHON and Others, etc., Appellants.— Motion
denied, with ten dollars costs. Present— Clarke, P. J., Dowling, Smith, McAvoy
and Martin, JJ.

THOMAS W. MILLER, as Alien Property Custodian, etc., Plaintiff, v. JOSEPH
LAUTENBURG, Defendant.— Motion granted. Present — Clarke, P. J., Dowling,
Smith, McAvoy and Martin, JJ.

ORINOCO REALTY CO., INC., Appellant, v. MARTIN H. GOODKIND, Respondent.
— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling,
Smith, McAvoy and Martin, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Plaintiff, v. WESTMINSTER PRES-
BYTERIAN CHURCH OF WEST 23RD ST., as Trustee, etc., and Others, Defendants,
Impleaded with WESTMINSTER PRESBYTERIAN CHURCH OF NEW YORK CITY and
Another, Appellants, and TRUSTEES OF THE PRESBYTERY OF NEW YORK and
Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke,
P. J., Dowling, Smith, McAvoy and Martin, JJ.

HERMAN FROHMANN and Another, Appellants, v. MONTROSS BOND AND REALTY
COMPANY and Others, Respondents.— Motion denied, with ten dollars costs..
Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of HENRY A. C. TAYLOR, Deceased.— Motion granted. Present
— Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KEVORKIAN, INC., Appellant, v. KURT HEYMAN, Respondent.— Motion denied
with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and
Martin, JJ.

SIDNEY BLUMENTHAL & CO., INC., Appellant, v. S. M. GALLERT & CO., INC.,
Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J.,
Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of GEORGE E. MATTHIES, Deceased.— Motion denied, with
ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and
Martin, JJ.

MORRIS COHEN, as Administrator, etc., Respondent, v. SHENK REALTY AND CON-
STRUCTION COMPANY, Defendant, Impleaded with SOL LEWINE, Appellant.—
Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith,
McAvoy and Martin, JJ.

VINCENZA RUSSO, Respondent, v. BUILDING OPERATION COMPANY, Appellant,
Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J.,
Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of DAVID HIRSHFIELD, as Commissioner of
Accounts of the City of New York, Respondent, for a Warrant of Attachment
against CHARLES L. CRAIG, a Witness, Appellant.— Motion granted; question
certified, and stay ordered pending appeal. Present — Clarke, P. J., Dowling,
Smith, McAvoy and Martin, JJ. [See 209 App. Div. 555.]

In the Matter of the Application of DAVID HIRSHFIELD, as Commissioner of
Accounts of the City of New York, Appellant, for a Warrant of Attachment
against CHARLES L. CRAIG, a Witness, Respondent.— Motion granted; question